ORIGINAL

# In the United States Court of Federal Claims

FILED
FEB 10 2004
U.S. COURT OF FEDERAL CLAIMS

No. 94-364
(Filed: February 10, 2004)

*********************************

DONAT GERG HAUSTECHNIK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

*********************************

ORDER

A telephone status conference was held, on the record, on February 10, 2004, pursuant to which the following is ordered.

1. On or before March 12, 2004, plaintiff shall file a status report informing the court whether it intends to prosecute the complaint. If the plaintiff intends to proceed with its claim the report shall include a proposed schedule for further proceedings. If it wishes to voluntarily dismiss, plaintiff shall so state, and indicate whether dismissal is with prejudice.

2. Defendant shall file a responsive status report on or before March 29, 2004. Defendant's report shall state whether defendant intends to pursue its counterclaims, and, if so, propose a schedule.

The clerk is directed to mail this order to plaintiff's counsel's new address and reflect the change of address on the court's docket, as follows:

Reed L. von Maur
van Maur & Partners
Am Pfingstborn 36
D-61479 Glashuetten
Germany

ERIC G. BRUGGINK
Judge