IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONAT GERG HAUSTECHNIK, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 94-364 (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO FILE STATUS REPORT

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, requests a 14-day enlargement of time, from March 29, 2004, until April 12, 2004, to file its status report. On March 24, 2004, defendant's counsel telephoned Reed von Maur, counsel for plaintiff, to discuss this motion. Mr. von Maur stated that he did not oppose this motion. This is defendant's first request for an enlargement of time for this purpose.

In support of this motion, defendant states that the Court entered an order dated February 10, 2004, which directed the plaintiff to file a status report by March 12, 2004 which would state whether plaintiff intended to prosecute its complaint and include a proposed schedule for further proceedings. The Court further directed defendant to file a responsive status report by March 29, 2004.

This is an electronic filing case. Defendant did not receive a copy of plaintiff's status report by electronic filing and spoke with plaintiff's counsel on approximately March 17, 2004. Plaintiff's counsel stated that he had not electronically

filed the status report but had mailed it from Germany. Defendant received a copy of plaintiff's status report on March 24, 2004. However, the status report does not contain a proposed schedule as directed in the Court's order. Plaintiff's counsel has informed defendant's counsel that he intends to file an amended status report with a proposed schedule. However, as of the time of filing we have not received plaintiff's amended status report.

For the foregoing reasons, defendant respectfully requests that the Court grant defendant an enlargement of time until April 19, 2004, in which to file its status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

Dated: March 25, 2004

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of March, 2004, DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE STATUS REPORT was filed electronically. I understand that a copy of this motion will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Michael N. O'Connell
MICHAEL N. O'CONNELL