ORIGINAL

# UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 2 3 2004
U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

**No. 94-364**

*************************************

**DONAT GERG HAUSTECHNIK;**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant*

*************************************

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order dated 10 February 2004, plaintiff herewith submits its Status Report, and informs the Court that plaintiff intends to prosecute the complaint filed herein.

Respectfully submitted,

Reed L. von Maur
*Counsel for Plaintiff*

*10 March 2004*

Docket No. 94-364C

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Bruggink
FROM: CLERK'S OFFICE

The attached was received on 3-18-04
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by 3-18-04 [Rule 7.2]

2. ✓ Proof of service: [Rule 5.1]
   ✓ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ ECF case; counsel does not have an ECF account.

Debbie
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

X Filed by my leave, **OR**,

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

___ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

___ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

___ Returned to party for correction of defect(s).

Signature

3/23/04
Date