ORIGINAL

# In the United States Court of Federal Claims

No. 94-364
(Filed: March 25, 2004)

FILED
MAR 25 2004
U.S. COURT OF
FEDERAL CLAIMS

*********************************

DONAT GERG HAUSTECHNIK,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

*********************************

## ORDER

By order of February 10, 2004, plaintiff was directed to file a status report informing the court whether it intends to prosecute the complaint and, if so, include a proposed schedule for further proceedings. In its status report filed March 23, 2004 by my leave, plaintiff indicates that it does wish to proceed with the complaint but provides nothing by way of a proposed schedule.

Accordingly, the stay in this action is lifted. Plaintiff is directed to contact counsel for the United States to discuss further pretrial proceedings. On or before April 26, 2004, plaintiff shall file a new status report outlining the parties' respective views as to moving the case forward. The court will schedule a telephonic status conference thereafter. Defendant is not otherwise required to file a response to plaintiff's March 23, 2004 status report.

The clerk is directed to mail this order to plaintiff's counsel's new address and reflect the change of address on the court's docket, as follows:

Reed L. von Maur
von Maur & Partners
Belcrownlaan 23
2100 Deurne/Antwerp
Belgium

The clerk is also directed to remove this case from electronic case filing (ECF).

ERIC G. BRUGGINK
Judge